**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1515**

CHARLES E. REEVE,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-04-1008-1)

Submitted:  August 25, 2005          Decided:  August 31, 2005

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles E. Reeve, Appellant Pro Se.  Bruce Raleigh Ellisen, Robert J. Branman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles E. Reeve appeals from the district court's order dismissing his complaint in which he requested that the district court enjoin the Internal Revenue Service from levying on his Social Security benefits and award him monetary damages. We have granted the motion to amend the caption to reflect that the United States is the proper party defendant. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Reeve v. Soc. Sec. Admin., No. CA-04-1008-1 (E.D. Va. Apr. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED